IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSICA GOLD,<br><br>Plaintiff,<br><br>v.<br><br>AGERO ADMINISTRATIVE SERVICE CORP.,<br><br>Defendant. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 3:25-cv-00995<br>JUDGE ALETA A. TRAUGER |

---

**JOINT MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE**

---

Plaintiff Jessica Gold and Defendant Agero Administrative Service Corp., by and through their respective counsel, jointly move the Court pursuant to Federal Rules of Civil Procedure 16(b)(4) and 6(b)(1)(A) to extend the dispositive motion deadline set in the Initial Case Management Order (Doc. 18), as modified by the Court's September 1, 2026 Order (Doc. 26). In support, the parties state as follows:

1. The Court entered the Initial Case Management Order on December 8, 2025 (Doc. 18), which set the dispositive motion deadline for October 30, 2026, and set trial for June 2027.

2. On September 1, 2026, in response to a motion by the Plaintiff, the Court extended the fact discovery deadline to October 5, 2026, and the dispositive motion deadline to November 6, 2026 (Doc. 26).

3. Trial is set for June 15, 2027, with a pretrial conference on June 11, 2027 (Doc. 19).

4. The parties jointly request that the Court further extend the deadline for filing dispositive motions by **75 days**, from November 6, 2026 to January 20, 2027. The parties further request that the existing response and reply intervals in Section K of the Initial Case Management

Order—responses within 28 days after the motion and replies within 14 days after the response—continue to apply, measured from the amended deadline.

5. Under this schedule, dispositive motion briefing will be fully completed on or about March 3, 2027, more than 90 days before the June 15, 2027 trial date.

6. Good cause supports the requested extension. See Fed. R. Civ. P. 16(b)(4). The current schedule allows only 30 days from the close of discovery until the filing of dispositive motions. The additional time will permit the parties to consider and thoroughly brief dispositive motions in an orderly fashion and well in advance of trial.

7. Because the motion is jointly requested, no party is prejudiced, and the requested extension will not affect the trial date, the pretrial conference, or any other deadline set in the Order Setting Case for Trial (Doc. 19).

8. The parties respectfully submit a proposed order for the Court's convenience.

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and extend the dispositive motion deadline to January 20, 2027, with the response and reply intervals continuing to apply as measured from the amended deadline, and that all other provisions of the scheduling order remain in effect.

Pursuant to Local Rule 7.01(a)(1), counsel for the parties certify that this motion is filed jointly by all parties and is therefore unopposed.

Dated: October 6, 2026

*<u>/s/ Alexandra M. Romero</u>*

Alexandra M. Romero
ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006
Phone: (202) 857-6000
alexandra.romero@afslaw.com

John P. Rodgers
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244–2582
jrodgers@bradley.com

*Counsel for Defendant Agero Administrative Service Corp.*

*/s/ G. Brandon Hall (with permission)*
G. Brandon Hall (BPR #034027)
The Employment & Commerce Law Group
1625 Broadway, Suite 601, Nashville, TN 37203
Phone: (615) 850-0632
bhall@eclaw.com

*Counsel for Plaintiff Jessica Gold*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2026, a true and correct copy of the foregoing Joint Motion to Extend the Dispositive Motion Deadline was served via the Court's CM/ECF electronic filing system on all counsel of record, including G. Brandon Hall, counsel for Plaintiff.

*/s/ Alexandra Romero*
Alexandra Romero