IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JESSICA GOLD, <br><br> Plaintiff, <br><br> v. <br><br> AGERO ADMINISTRATIVE SERVICE CORP., <br><br> Defendant. | } | Case No. 3:25-cv-00995 <br> JUDGE ALETA A. TRAUGER |

---

**[PROPOSED] ORDER**

---

Before the Court is the parties' Joint Motion to Extend the Dispositive Motion Deadline. Having considered the motion, and it appearing that the motion is made jointly by all parties, that good cause exists under Federal Rule of Civil Procedure 16(b)(4), and that the requested extension will not affect the trial date or any other deadline, the motion is **GRANTED**.

Accordingly, the Initial Case Management Order (Doc. 18), as previously modified (Doc. 26), is further amended as follows:

1. The deadline for filing dispositive motions is extended from **November 6, 2026** to **January 20, 2027**.
2. Responses to dispositive motions shall be filed within twenty-eight (28) days after the filing of the motion, and optional replies may be filed within fourteen (14) days after the filing of the response, consistent with Section K of the Initial Case Management Order.
3. All other provisions of the Initial Case Management Order (Doc. 18), the Order Setting Case for Trial (Doc. 19), and the Court's September 1, 2026 Order (Doc. 26) remain in full force and effect.
4. The trial date of June 15, 2027, and the pretrial conference date of June 11, 2027, are unaffected by this Order.

It is so ORDERED.

______________________________
ALETA A. TRAUGER
United States District Judge